IH-32                                                                                      Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

TEAMSTERS LOCAL 237 RETIREES'
BENEFIT FUND and
TEAMSTERS LOCAL 237 WELFARE FUND,

| Plaintiff | Case Number |
|---|---|
| vs. | |
| PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; CEPHALON, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL- JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Laborers 17 Health Benefit Fund

| Plaintiff | Case Number |
|---|---|
| vs. | 17-cv-09877-AJN |
| Purdue Pharma LP, ET AL | |
| Defendant | |

Page 1

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Numerous cases consolidated

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The two Complaints are based on the identical facts and circumstances and assert the exact same claims.

Signature: /S/                                                         Date: 01/12/2018

Firm: WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP